**No. 59304.**—Lep Transport, Inc. *v.* United States, protest 243394–K (New York).

Opinion by OLIVER, C. J.   At the trial, it was stipulated that five-twelfths of the quantity consisted of bookmarks in chief value of beads and that seven-twelfths "were bookmarks not in chief value of beads, but manufactures wholly or in chief value of wood."   On the agreed facts, the bookmarks were held dutiable as follows: Five-twelfths of the total imported quantity at 30 percent under paragraph 1503, as amended, *supra*, and seven-twelfths at 16⅔ percent under said amended paragraph 412.

**No. 59305.**—Camera Specialty Company, Inc. *v.* United States, protest 253300–K (New York).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the photographic cameras in question are valued at $10 or more each, the claim of the plaintiff was sustained.